The Concordia Fire Insurance Company of Milwaukee, Respondent, v. Calvin L. Stowell, Appellant.— Judgment affirmed, with costs. All concurred; Foote, J., not sitting.

Harriet S. Arnett, Appellant, v. State Mutual Life Assurance Company, Respondent.— Judgment vacated and order modified by granting a new trial on the ground that the verdict of the jury is contrary to and against the weight of the evidence, without costs of this appeal to either party. All concurred.

John Hyland, Respondent, v. Josephine Mark, Appellant.— Judgment and order affirmed, with costs. All concurred; Foote, J., not sitting.

Thomas B. Smith, Appellant, v. Camden Creamery, Respondent.— Judgment affirmed, with costs. All concurred.

Leslie G. Loomis and Leslie G. Loomis, Jr., Appellants, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.